UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | CV 20-10829-DOC (DFM) | Date: | January 8, 2021 |
|---|---|---|---|
| Title | Jerry Bailey v. Warden C.V.S.P. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Closing Case

On May 18, 2020, Petitioner filed a state habeas petition in the Southern District of California. On November 25, that case was transferred to the Central District of California in Bailey v. Warden C.V.S.P., Case No. CV 20-10685-DOC (DFM). On December 2, the case was transferred again and docketed in this case. That appears to have been error.

Accordingly, the Clerk of Court is directed to close this case. All further proceedings will take place in Case No. 20-10685.